# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SHERF, an individual, | Case No. 2:25-cv-04788-WLH-AGR |
| Plaintiff, | |
| vs. | **ORDER RE DISMISSAL [19]** |
| MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| Defendants, | |

Having considered the Stipulation of the parties, and good cause appearing therefor, the Court **GRANTS** the Stipulation. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

DATE:11/21/2025

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE